IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CT-3305-BO

| | |
|---|---|
| LAMONTAE NATHANIEL COLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SGT. NATALIE TAPLEY-BURNETT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on Defendants' motion to stay the dispositive motions deadline or, in the alternative, for a sixty day extension of time to file dispositive motions. [DE-35]. For good cause shown, the motion is allowed, and the deadline to file dispositive motions is extended by sixty days. Accordingly, potentially dispositive motions shall be filed no later than **March 20, 2020**.

SO ORDERED, this the *16* day of January, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge